**Order entered April 9, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00977-CV

**QIONG-YING DUANG CHANG, INCAPACITATED, Appellant**

**V.**

**QINGHA JULIA LIU, AS ADMINISTRATOR OF THE ESTATE OF HSIANGPIN MICHAEL CHANG, Appellee**

On Appeal from the 160th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-19-17914

## ORDER

Before the Court is appellant's April 7, 2021 motion to extend time to file her brief. We **GRANT** the motion and **ORDER** the brief received April 5, 2021 filed as of the date of this order.

We note appellant's motion does not include the certificate of conference required by Texas Rule of Appellate Procedure 10.1(a)(5). Any further motions shall include the certificate.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE